themselves shall not be marked, and upon the completion of such examination all ballots taken from such boxes, together with the envelopes in which any of them may be inclosed, shall be forthwith returned to the boxes from which they came, and such custodian shall forthwith relock and reseal such boxes, and shall retain possession thereof as required by law, subject to the further order of the court; ordered, further, that the ballots returned to and filed with the county clerk as custodian shall, at the completion of the examination thereof hereby authorized, be resealed by him in the envelopes from which they came, and that he retain possession thereof, as required by law, subject to the further order of the court"—and, as so modified, affirmed, without costs.

In re WHITTEN. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) In the matter of the application of Paul E. Whitten for admission to the bar. No opinion. Application granted.

WILD et al., Respondents, v. VREDENBURG & CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) Action by Bertha Wild and another against Vredenburg & Co. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide event.

WILHELM v. FULLER & WARREN CO. (Supreme Court, Appellate Division. Third Department. September 26, 1907.) Action by Walter Wilhelm against the Fuller & Warren Company. No opinion. Motion denied.

WILLARD, Respondent, v. FERGUSON, Appellant. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Action by Eugene S. Willard against John W. Ferguson. J. N. Blair, for appellant. G. G. Worden, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WILLIAM P. RAE CO., Respondent, v. KANE et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by the William P. Rae Company against Peter F. Kane, and others. No opinion. Appeal dismissed, without costs, the judgment having been reversed herewith, and new trial granted. See 106 N. Y. Supp. 47.

WILLIAMS, Appellant, v. FIRST NAT. BANK OF UTICA, N. Y., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by William P. Williams against the First National Bank of Utica, N. Y.

PER CURIAM. Judgment affirmed, with costs, upon opinion in same case reported at 118 App. Div. 555, 102 N. Y. Supp. 1031.

SPRING, J., dissents, upon the grounds stated in the dissenting opinion in same case.

WILLIAMS, Respondent, v. RICCADONNA HOTEL CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Jesse L. Williams against the Riccadonna Hotel Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

WILSON, Respondent, v. ELECTRO DYNAMIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Fremont Wilson against the Electro Dynamic Company. No opinion. Order affirmed, with $10 costs and disbursements.

WILSON, Respondent, v. UTICA GAS & ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by John Wilson against the Utica Gas & Electric Company. No opinion. Judgment and order affirmed, with costs.

WINANT, Respondent, v. ATLANTIC GULF & PACIFIC COAST CO., et al., Appellants. (Supreme Court, Appellate Division. Second Department. October 18, 1907.) Action by William A. Winant against the Atlantic Gulf & Pacific Coast Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

WINOGRAD v. EPSTEIN. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Joseph Winograd against Samuel Epstein. No opinion. Motion to resettle order granted, without costs.

WIXTED, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Action No. 6.) (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Thomas Wixted against the Nassau Electric Railroad Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the authority of Barnett v. Brooklyn Heights R. Co., 53 App. Div. 432, 65 N. Y. Supp. 1068, and People v. Brooklyn Heights R. Co., 187 N. Y. 48, 79 N. E. 838.

WOOD v. SCOTTISH UNION & NATIONAL INS. CO. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by George E. Wood against the Scottish Union & National Insurance Company. No opinion. Motion denied, with $10 costs. Order filed.

WOODHULL, Respondent, v. SYRACUSE, L. S. & N. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by Bradley Woodhull against the Syracuse, Lake Shore & Northern Railroad Company. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, without costs.

WRIGHT. Respondent, v. KNIGHTS OF MACCABEES OF THE WORLD, Appellant. (Supreme Court, Appellate Division, Third De-